# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE Q. MENDOZA,<br><br>      Plaintiff,<br><br>    v.<br><br>PENSKE AUTOMOTIVE GROUP INC.,<br><br>      Defendant. | Case No. 5:21-cv-02077-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendant's Motion to Dismiss [ECF No. 16]," entered substantially contemporaneously herewith, and in accordance with Rules 12 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a)(1).

2. Defendant Penske Automotive Group Inc. shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Jose Q. Mendoza. All claims in this action asserted by Plaintiff Jose Q. Mendoza are **DISMISSED with prejudice**.

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 15, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE